```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 20872
    WILLIE C RODGERS
    ONEIDA R RODGERS                            CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-8815     SSN XXX-XX-1018

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 05/24/2005 and was confirmed 08/04/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.62%.

      The case was dismissed after confirmation 12/06/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
ARONSON FURNITURE           SECURED              396.67        38.96         379.77
ARONSON FURNITURE           UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO WATER DE    SECURED              131.54        12.76          93.11
EVERGREEN FINANCE           SECURED             2345.00       232.54        2244.97
EVERGREEN FINANCE           UNSECURED        NOT FILED          .00            .00
COUNTRYWIDE HOME LOAN       CURRENT MORTG    20815.87          .00        20815.87
COUNTRYWIDE HOME LOAN       MORTGAGE ARRE     7714.00          .00         7343.13
NEW AGE FURNITURE           SECURED              664.68        64.91         636.37
OLD REPUBLIC INSURANCE      CURRENT MORTG     4250.88          .00         4250.88
OLD REPUBLIC INSURANCE      MORTGAGE ARRE     1000.68          .00          960.70
OLD REPUBLIC INSURED FIN    NOTICE ONLY      NOT FILED          .00            .00
INTERNAL REVENUE SERVICE    UNSECURED         10971.82          .00            .00
INTERNAL REVENUE SERVICE    PRIORITY           6282.00          .00            .00
CITY OF CHICAGO PARKING     UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING     UNSECURED          1125.00          .00            .00
ARNOLD SCOTT HARRIS         NOTICE ONLY      NOT FILED          .00            .00
CITY OF CHICAGO PARKING     UNSECURED        NOT FILED          .00            .00
COLDATA INC                 UNSECURED        NOT FILED          .00            .00
COMMONWEALTH EDISON         UNSECURED           1092.76          .00            .00
EQUIFAX CHECK SERVICES      UNSECURED        NOT FILED          .00            .00
EQUIFAX CHECK SERVICES      UNSECURED        NOT FILED          .00            .00
EQUITY ONE                  UNSECURED        NOT FILED          .00            .00
EVERGREEN FINANCE           UNSECURED        NOT FILED          .00            .00
FASHION BUG                 UNSECURED        NOT FILED          .00            .00
FORD MOTOR CREDIT           UNSECURED        NOT FILED          .00            .00
FORD MOTOR CREDIT CO        NOTICE ONLY      NOT FILED          .00            .00
GENERAL MOTORS ACCEPTANC    UNSECURED        NOT FILED          .00            .00
GENERAL MOTORS ACCEPTANC    NOTICE ONLY      NOT FILED          .00            .00
GLOBAL PAYMENTS             UNSECURED        NOT FILED          .00            .00
HINSDALE BANK & TRUST       UNSECURED        NOT FILED          .00            .00
HOME DEPOT                  UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP       UNSECURED            527.90          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 20872 WILLIE C RODGERS & ONEIDA R RODGERS
```

```
LDG FINANCIAL SERVICES     NOTICE ONLY    NOT FILED              .00              .00
HOUSEHOLD FINANCE CORP     UNSECURED      NOT FILED              .00              .00
ECAST SETTLEMENT CORP      UNSECURED         954.07              .00              .00
TELECOM USA                UNSECURED      NOT FILED              .00              .00
NATIONWIDE COLLECTIONS     UNSECURED      NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED              .00              .00
ORCHARD BANK               UNSECURED      NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00              .00              .00
THE ANSWER                 UNSECURED      NOT FILED              .00              .00
VILLAGE OF ORLAND PARK     UNSECURED         200.00              .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        2255.23              .00              .00
TIMOTHY K LIOU             DEBTOR ATTY    2,680.20                          2,680.20
TOM VAUGHN                 TRUSTEE                                          2,115.83
DEBTOR REFUND              REFUND                                                .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE             41,870.00

PRIORITY                                          .00
SECURED                                     36,724.80
    INTEREST                                   349.17
UNSECURED                                         .00
ADMINISTRATIVE                               2,680.20
TRUSTEE COMPENSATION                         2,115.83
DEBTOR REFUND                                     .00
                    ---------------         ---------------
TOTALS              41,870.00               41,870.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                           PAGE   2
         CASE NO. 05 B 20872 WILLIE C RODGERS & ONEIDA R RODGERS